# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 22, 2008

Clifford W. Taylor,
Chief Justice

136714

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                         SC: 136714
                                         COA: 283883
                                         Washtenaw CC: 07-001192-FH

JESUS MIGUEL LION,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 30, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 22, 2008                        _____
                                              Clerk

1015